## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT GREENVILLE

| | |
|---|---|
| LATRICIA E. BROOKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIDLAND FUNDING LLC, ) <br> MIDLAND CREDIT ) <br> MANAGEMENT, INC. and RENAE ) <br> KIFFMEYER, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 2:09-cv-00201 |

## JOINT STIPULATION

**COME NOW** plaintiff Latricia E. Brooks ("Plaintiff") and defendants Midland Funding, LLC and Midland Credit Management, Inc. ("Defendants"), specifically reserving all defenses and appearing specially to inform the Court of this stipulation as required by Local Rule 12.1, and jointly inform the Court that Plaintiff and Defendants have agreed to a twenty (20) day extension for Defendants to respond to the complaint in this matter. Therefore, Defendants' response to the complaint is now due on or before November 11, 2009.

Respectfully submitted,

s/ Alan C. Lee
Alan C. Lee
P. O. Box 1357
Morristown, TN 37816-1357
Telephone: (423) 581-0924
Facsimile: (423) 370-1441
info@alanlee.com

Attorney for Plaintiff
LATRICIA E. BROOKS


s/ R. Frank Springfield
Alan D. Leeth (TN Bar No. 022358)
R. Frank Springfield (TN Bar No. 025833)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 244-5670
aleeth@burr.com
fspringf@burr.com

Katherine K. Layhew (TN Bar No. 022274)
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 724-3215
Facsimile: (615) 724-3290
klayhew@burr.com

Attorneys for Defendants
MIDLAND FUNDING, LLC AND MIDLAND
CREDIT MANAGEMENT, INC.